1

2

3

4

5

6

7

8          **UNITED STATES DISTRICT COURT**

9          **CENTRAL DISTRICT OF CALIFORNIA**

10

11   ALLEN L. WISDOM,                    )          Case No.  EDCV 07-170  DSF (SSx)
                                          )
12             Plaintiff,                 )
                                          )
13        vs.                             )          JUDGMENT
                                          )
14   DANIEL E. KATZ; REID &               )
     HELLYER; SHOSHONE SERVICE            )
15   CORPORATION; ALEC                    )
     HARSHEY; RICHARD T.                  )
16   GILBERT; ESTATE OF                   )
     KATHRYNE ANNE GILBERT,               )
17                                        )
             Defendants.                  )
18   _____ )

19        The Court having dismissed Plaintiff's claims against Defendants Shoshone

20   Service Corp., Alec Harshey, Richard T. Gilbert, and the Estate of Kathryne Anne

21   Gilbert with prejudice, and having dismissed the claims against Defendants Daniel

22   E. Katz and Reid & Hellyer and the entire action based on Plaintiff's Motion for

23   Voluntary Dismissal of Entire Action,

24        IT IS ORDERED AND ADJUDGED that Plaintiff take nothing, and that

25   Defendants recover their costs of suit pursuant to a bill of costs filed in accordance

26   with 28 U.S.C. § 1920.

27        1/21/11

28   Dated: _____          _____
                                              Dale S. Fischer
                                       United States District Judge